UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09CR679 HEA ) |
| KATHERINE A. MOCK, and ELAIN KAY YOUNG, | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on defendant Katherine A. Mock's Sealed Motion [Doc. #263] is set for Wednesday, March 7, 2012, at 12:30 p.m. in the courtroom of the undersigned.

Dated this 1st day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE